**A**LTERNATIVE
**D**ISPUTE
**R**ESOLUTION
   **CENTER**

Irell & Manella LLP
840 Newport Center Drive
Suite 450
Newport Beach, CA 92660-6324

Telephone: (949) 760-5288
Fax: (949) 760-5289



**WRITER'S DIRECT**
TELEPHONE (949) 760-5296
lphillips@irell.com

March 10, 2014

**VIA E-MAIL (Boyle_Clerk@txnd.uscourts.gov)**

District Judge Jane J. Boyle
1100 Commerce Street
Room 1376
Dallas, Texas 75242-1003

      Re:    In re: Kosmos Energy Ltd. Securities Litigation
             USDC/Northern District of Texas/Dallas Division
             Consolidated Civil Action No. 3:12-CV-373-B

Dear Judge Boyle:

      The parties held a mediation in Orange County, California on February 27, 2014.

      Throughout the mediation session, the parties negotiated in good faith, but were unable to reach a resolution because of genuine differences in risk/valuation approaches.

      Following the mediation session, I issued a mediator's interim recommendation, which will be under consideration to and through Friday, March 14, 2014.  While I am hopeful that my interim recommendation will be accepted by both sides and that I will be able to make further mediation progress in the short run, I need to allow the parties ample time to consider the pending interim recommendation.  Nevertheless, consistent with the Court's September 11, 2013 Order, I am filing this letter.

      At this time, I believe the case can be resolved through mediation.

                      Sincerely,

                      Layn R. Phillips
                      Former U.S. District Court Judge

LRP:jea

2985893