UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| In re KOSMOS ENERGY LTD SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Consolidated Civil Action No. 3:12-cv-373-B<br><br><u>CLASS ACTION</u> |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT the parties have entered into a Stipulation of Settlement ("Stipulation") in this action. In accordance with the Stipulation, Defendants Kosmos Energy Ltd., Brian F. Maxted, W. Greg Dunlevy, Sylvia Manor, John R. Kemp III, David I. Foley, Jeffrey A. Harris, David B. Krieger, Prakash A. Melwani, Adebayo O. Ogunlesi, Chris Tong, and Christopher A. Wright, Citigroup Global Markets Inc., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, BNP Paribas Securities Corp., SG Americas Securities LLC, Credit Agricole Securities (USA) Inc., Scotia Capital (USA) Inc. (f/k/a Howard Weil Incorporated), HSBC Securities (USA) Inc., Jefferies & Company, Inc., Natixis Securities Americas LLC (f/k/a Natixis Bleichroeder LLC), and RBC Capital Markets LLC (collectively, "Defendants"), Lead Plaintiff Nursing Homes and Related Industries Pension Plan and plaintiff George M. Mounger (collectively, "Plaintiffs") hereby move the Court for an order:

(a) granting preliminary approval of the proposed Settlement;

(b) certifying a class for settlement purposes;

(c) approving the parties' proposed form and method for giving notice of the pendency of this action and the Settlement to the Settlement Class;

(d) directing that the notice be given to Settlement Class Members as approved by the Court; and

(e) scheduling a Final Approval Hearing at which the Court will determine whether:

(i) the proposed Settlement of the Litigation on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and merits the Court's approval;

    (ii)  a Judgment as provided in ¶1.11 of the Stipulation should be entered; and

    (iii)  the payment of Lead Plaintiffs' counsel's attorneys' fees and expenses as provided for in the Stipulation should be approved.

  This Joint Motion is based on the Stipulation of Settlement dated April 28, 2014, Plaintiffs' Memorandum of Law and Declarations filed in connection with this motion, all other pleadings and matters of record, and such additional evidence or argument as may be presented.

DATED: April 28, 2014      SUSMAN GODFREY LLP
               DANIEL H. CHAREST

               */s/ Daniel H. Charest*
               DANIEL H. CHAREST

               901 Main Street, Suite 5100
               Dallas, TX 75205-3775
               Telephone: 214/754-1900
               214/754-1933

               Attorneys for Kosmos Energy, Ltd. and the
               Individual Defendants

DATED: April 28, 2014      GIBSON, DUNN & CRUTCHER LLP
               BRIAN M. LUTZ

               */s/ Brian Lutz by permission DC*
               BRIAN M. LUTZ

               200 Park Avenue
               47th Floor
               New York, NY 10166-0193
               Telephone: 212/351-4000
               212/351-4035 (fax)

               Attorneys for the Underwriter Defendants

JOINT MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| DATED: April 28, 2014 | ROBBINS GELLER RUDMAN & DOWD LLP<br>DARREN J. ROBBINS<br>X. JAY ALVAREZ<br>JEFFREY D. LIGHT<br>DANIELLE S. MYERS |

/s/ Darren J. Robbins

DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

KENDALL LAW GROUP, LLP
JOE KENDALL (State Bar No. 11260700)
JAMIE J. MCKEY (State Bar No. 24045262)
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

Liaison Counsel