UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| In re KOSMOS ENERGY LTD SECURITIES LITIGATION | § § § | Consolidated Civil Action No. 3:12-cv-373-B |
| | § | CLASS ACTION |
| This Document Relates To: | § § | |
| ALL ACTIONS. | § § | |
| | § | |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

PLEASE TAKE NOTICE that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, defendants Kosmos Energy Ltd., Brian F. Maxted, W. Greg Dunlevy, Sylvia Manor, John R. Kemp III, David I. Foley, Jeffrey A. Harris, David B. Krieger, Prakash A. Melwani, Adebayo O. Ogunlesi, Chris Tong, Christopher A. Wright, Citigroup Global Markets Inc., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, BNP Paribas Securities Corp., SG Americas Securities LLC, Credit Agricole Securities (USA) Inc., Scotia Capital (USA) Inc. (f/k/a Howard Weil Incorporated), HSBC Securities (USA) Inc., Jefferies LLC (f/k/a Jefferies & Company, Inc.), Natixis Securities Americas LLC (f/k/a Natixis Bleichroeder LLC), and RBC Capital Markets LLC (collectively, "Defendants") and Lead Plaintiff Nursing Homes and Related Industries Pension Plan and plaintiff George M. Mounger (collectively, "Plaintiffs") respectfully move this Court for an order granting final approval of the proposed settlement ("Settlement") of the above-captioned action as embodied in the Stipulation of Settlement dated April 28, 2014, which this Court preliminarily approved by its Order Preliminarily Approving Settlement and Providing for Notice dated May 5, 2014.

This Joint Motion is based on the Stipulation of Settlement dated April 28, 2014, Plaintiffs' Memorandum of Law and Declarations filed in connection with this Motion, all other pleadings and matters of record, and such additional evidence or argument as may be presented.

DATED: June 23, 2014

Respectfully submitted,

SUSMAN GODFREY LLP
DANIEL H. CHAREST

*/s/ Daniel H. Charest*
DANIEL H. CHAREST

901 Main Street, Suite 5100
Dallas, TX  75205-3775
Telephone:  214/754-1900
214/754-1933

Attorneys for Kosmos Energy, Ltd. and the
Individual Defendants

- 1 -

DATED: June 23, 2014                    GIBSON, DUNN & CRUTCHER LLP
                                        BRIAN M. LUTZ

                                        _____
                                        /s/ Brian M. Lutz
                                              BRIAN M. LUTZ

                                        555 Mission Street
                                        Suite 3000
                                        San Francisco, CA 94105-0921
                                        Telephone:  415/393-8379
                                        415/374-8474 (fax)

                                        Attorneys for the Underwriter Defendants


DATED: June 23, 2014                    ROBBINS GELLER RUDMAN & DOWD LLP
                                        DARREN J. ROBBINS
                                        X. JAY ALVAREZ
                                        JEFFREY D. LIGHT
                                        DANIELLE S. MYERS

                                        _____
                                        /s/ Darren J. Robbins
                                              DARREN J. ROBBINS

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        Lead Counsel for Plaintiff

                                        KENDALL LAW GROUP, LLP
                                        JOE KENDALL (State Bar No. 11260700)
                                        JAMIE J. MCKEY (State Bar No. 24045262)
                                        3232 McKinney Avenue, Suite 700
                                        Dallas, TX  75204
                                        Telephone:  214/744-3000
                                        214/744-3015 (fax)

                                        Liaison Counsel

## **CERTIFICATE OF SERVICE**

On June 23, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, which served the document on all counsel of record.

*/s/ Daniel H. Charest*
Daniel H. Charest