UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| In re KOSMOS ENERGY LTD SECURITIES LITIGATION | § Consolidated Civil Action No. 3:12-cv-373-B <br> § <br> § <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | § <br> § <br> § <br> § <br> § <br> § |

**ORDER AWARDING ATTORNEYS' FEES AND EXPENSES**

This matter having come before the Court on September 24, 2014, on the motion for award of attorneys' fees and expenses in this Litigation (doc. 155). The Court, having considered all papers filed and proceedings conducted herein, and having found the Settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore, **GRANTS** the Motion for Attorney Fees and Expenses (doc. 155).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of April 28, 2014 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 22.5% of the Settlement Fund, and expenses in the amount of $159,980.69, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among any other plaintiff's counsel in a manner which, in Lead Counsel's good faith judgment, reflects the contributions of such counsel to the institution, prosecution, and resolution of the Litigation.

4. The awarded attorneys' fees and expenses shall be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation and in particular ¶7.3 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: 9/24/14

THE HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -